**Megan Cook**, OSB #095711
**Erica Aquadro**, OSB #160607
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915
Email: megan.cook@bullivant.com
Email: erica.aquadro@bullivant.com

*Attorneys for Petitioner Alex Woolner*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| In the Matter of:<br><br>The Complaint and Petition of Alex Woolner, as Owner of 2013 Looksha 14 Kayak, for Exoneration from or Limitation of Liability,<br><br>                    Petitioner. | IN ADMIRALTY<br><br>Civil No.: 6:25-cv-01395-MC<br><br>**ORDER APPROVING SECURITY, COSTS, AND INTEREST FOR LIMITATION FUND, DIRECTING MONITION AND ISSUING INJUNCTION** |

WHEREAS, it satisfactorily appears to the above-entitled Court:

1.     That Alex Woolner, as owner of the of the Necky 2013 Looksha 14 Kayak, Serial Number XTC62608J213 (the "Vessel"), has duly filed his Complaint for Limitation of Liability (the "Complaint"), therein praying for (a) the acceptance and approval of its deposit in the amount of $1,983.98, which represents $1,399.99 for the approximate value of the

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**ORDER APPROVING SECURITY COSTS AND INTEREST FOR LIMITATION FUND, DIRECTING MONITION AND ISSUING INJUNCTION**
**Page 1**

subject Vessel, $500 security for costs in accordance with LR 1020-2, and $83.99 for one year of interest at 6% per annum in accordance with Supplemental Admiralty Rule F(1); (b) due issuance of the usual Monition to and against all persons claiming damages for any damage, loss, or injury to any person or property arising or resulting from the Incident on the Willamette River on June 20, 2024 referenced in the Complaint at ¶ 5; (c) due public notice to all persons of such Monition according to all applicable rules; and (d) issuance of an injunction restraining both the institution and further prosecution of any and all suits or actions or other proceedings of any character whatsoever in any Court whatsoever (excepting this proceeding) against Alex Woolner based on or connected with any claim or claims directly or indirectly related to the June 20, 2024, incident described in the Complaint.

## ORDER

THEREFORE, on motion on behalf of Petitioner Alex Woolner, appearing through his attorneys of record, Bullivant Houser Bailey PC, this Court hereby enters its Order as follows:

1.  That said deposit of $1,983.98, which represents $1,399.99 for the approximate value of the subject Vessel, $500 security for costs in accordance with LR 1020-2, and $83.99 for one year of interest at 6% per annum in accordance with Supplemental Admiralty Rule F(1), be now adjusted in all respects adequate and proper, and is hereby accepted as value, security, and interest for the limitation fund herein, subject to further order of this Court.

2.  That a Monition and notice of this Court in due form according to its practices and complying with the applicable Federal Rules of Civil Procedure shall be issued by the Clerk forthwith against all persons claiming damages for any loss, damage, or injury to persons or property arising or resulting from the June 20, 2024, incident, citing them and requiring

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

ORDER APPROVING SECURITY COSTS AND INTEREST FOR LIMITATION FUND, DIRECTING MONITION AND ISSUING INJUNCTION
Page 2

each of them to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for Alex Woolner, Megan Cook and Erica Aquadro, Bullivant Houser Bailey PC, One SW Columbia Street, Suite 800, Portland, Oregon, 97204, a copy thereof on or before the Return Date specified in said Monition being the   10th   day of   November   , 2025, or other date not less than thirty (30) days after the issuance of said Monition and notice unless for cause shown the Return Date is deferred by order of this Court.

3. That public notice of the Monition shall be given by the United States Marshal by publication of such notice once each week for four (4) consecutive weeks before the Return Date in the WOODBURN INDEPENDENT as prescribed by Supplementary Admiralty Rule F of the Federal Rules of Civil Procedure and LR 1050-1.

4. That an injunction is hereby issued prohibiting, restraining, and staying both the institution and the further prosecution of any and all suits or actions or other legal proceedings of any character whatsoever in any court whatsoever (except only in this proceeding and this Court), against Alex Woolner based on or connected with any claim directly or indirectly related to the June 20, 2024, incident as described in the Complaint.

///
///
///
///
///
///
///

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**ORDER APPROVING SECURITY COSTS AND INTEREST FOR LIMITATION FUND, DIRECTING MONITION AND ISSUING INJUNCTION**
**Page 3**

5. That service of this Order as a restraining order shall be made within this District in the usual manner and in any other District by delivering a certified copy of this Order to the person or persons to be restrained, or to their respective attorneys or representatives.

IT IS SO ORDERED.

DATED this __9th__ day of ____October____, 2025.

        s/Michael J. McShane
        United States District Judge

Submitted by:

BULLIVANT HOUSER BAILEY PC

_/s/ Erica Aquadro_
**Megan Cook, OSB #095711**
**Erica Aquadro, OSB #160607**
Telephone: 503.228.6351

Attorneys for Petitioner Alex Woolner

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**ORDER APPROVING SECURITY COSTS AND INTEREST FOR LIMITATION FUND, DIRECTING MONITION AND ISSUING INJUNCTION**
**Page 4**